IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-093-RLV-DCK

| | |
|---|---|
| HICKORY SPRINGS MANUFACTURING COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| R&D PLASTICS OF HICKORY, LTD., ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Sye T. Hickey, concerning Amanda Tessar on June 16, 2014. Ms. Amanda Tessar seeks to appear as counsel *pro hac vice* for Plaintiff Hickory Springs Manufacturing Company d/b/a HSM. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED.** Ms. Amanda Tessar is hereby admitted *pro hac vice* to represent Plaintiff Hickory Springs Manufacturing Company d/b/a HSM.

**SO ORDERED**.

Signed: June 17, 2014

David C. Keesler
United States Magistrate Judge