IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-00093-RLV-DCK

| HICKORY SPRINGS MANUFACTURING COMPANY, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| R&D PLASTICS OF HICKORY, LTD.; JAKKS SALES CORPORATION; JAKKS PACIFIC, INC.; AND MAUI, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on its own motion for the purpose of setting deadlines and other matters. On July 20, 2015, the Court ruled on several pre-answer motions filed by the parties. [Doc. No. 48]. Thereafter, on August 3, 2015, the parties filed responsive pleadings to the Amended Complaint and Counterclaim. [Doc. No. 49]; [Doc. No. 50]. After reviewing the docket, the Court finds that the issues have now joined and the parties should have conferred and conducted their Initial Attorney's Conference in compliance with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(A), respectively.

Accordingly, the parties are **HEREBY ORDERED** to file a certification of their Initial Attorney's Conference, in compliance with Local Rule 16.1(B), within **SEVEN (7) DAYS** of the date of this Order, that date being no later than November 5, 2015.

**SO ORDERED**.

Signed: October 29, 2015

Richard L. Voorhees
United States District Judge